# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CR: 4:25-mj-44 |
| ) | |
| VICENTE DIAZ-MARCELO  ) | |

## ORDER OF DISMISSAL

The Government's motion for an order dismissing, without prejudice, the complaint made against **VICENTE DIAZ-MARCELO** is GRANTED. The complaint in the above-referenced case is hereby dismissed without prejudice.

**SO ORDERED** this 30th day of June 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA